IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF<br>JOHN M. SCHUM,<br><br>　　　　　　Respondent. | CIV. NO. 23-00189 JMS-WRP<br><br>ORDER STAYING AND<br>ADMINISTRATIVELY CLOSING<br>CASE |

**<u>ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE</u>**

　　　　Given the pending Petition for Reciprocal Action Pursuant to RSCH Rule 2.15 in the Supreme Court of the State of Hawaiʻi, Dkt. 1, SCAD-23-0000254, the court ORDERS that this case be STAYED AND ADMINISTRATIVELY CLOSED pending adjudication by the Hawaii Supreme Court.  *See, e.g.*, *Penn West Assocs., Inc. v. Cohen*, 371 F.3d 118, 127, 128 (3d Cir. 2004) (explaining that administrative closings "comprise a familiar, albeit essentially ad hoc, way in which courts remove cases from their active files without making any final adjudication" and are "an administrative convenience which allows the removal of cases from the [docket] in appropriate situations") (citations omitted); *see also* Fed. R. Civ. P. 1 (requiring the parties and the court to secure the just, speedy, and inexpensive determination of every action).

　　　　The administrative closing of this case is solely an administrative matter and does not impact, in any manner, any party's rights or obligations, does

not alter in any manner any previous rulings by the court, and does not require a filing fee to reopen the case. Mr. Schum shall notify the court once he receives a decision by the Hawaii Supreme Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, April 27, 2023.



    /s/ J. Michael Seabright
    J. Michael Seabright
    United States District Judge

*In the Matter of John M. Schum*, Civ. No. 23-00189 JMS-WRP, Order Staying and Administratively Closing Case