IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of<br><br>JOHN M. SCHUM,<br><br>           Respondent. | CIV. NO. 23-00189 JMS-WRP<br><br>FURTHER ORDER TO SHOW CAUSE |

On September 20, 2023, this court entered an "Order of Suspension From the Practice of Law," directed to Respondent John M. Schum ("Schum"). Therein, the court ordered that "Schum: (1) is suspended from the practice of law in this court for one year, with the one-year suspension held in abeyance pending completion of a one-year probationary period effective as of September 13, 2023; and (2) shall serve an actual 60-day suspension from the practice of law in this court, effective October 13, 2023." The court further ordered that after the 60-day suspension period ended, Schum could not practice law in this court before providing proof that he had been reinstated to practice law before the Hawaii Supreme Court (where he was also suspended). Schum provided that proof of February 7, 2024, and he was reinstated to practice law before this court on February 14, 2024. Thus, Schum was without authorization to practice law in this court from October 13, 2023 through February 14, 2024.

On July 22, 2024, this court entered an Order to Show Cause ("OSC") centered on Schum's apparent violations of a Protective Order during his representation of Dennis Mitsunaga in *United States v. Kaneshiro, et al.*, Cr. No. 22-00048 TMB-NC.  In his August 5, 2024 response to the OSC, Schum states, in part, that he was working in November and December 2023 on the Mitsunaga matter.  The work included, at a minimum, providing grand jury transcripts to witnesses in violation of the Protective Order, and attending witness interviews during the first week of December 2023.   As set forth above, Schum had no authority to practice law in this court during this time period.

Based on Schum's response to the OSC, Schum is directed to provide the court, no later than August 20, 2024, with copies of all timesheets, billing statements, or other documentation reflecting work performed on federal court cases, including *United States v. Kaneshiro*, for the time period October 13, 2023 through February 14, 2024.   Because such information is almost certain to include privileged information, Schum's response may be filed under seal for the court's in camera review.

DATED:  August 13, 2024 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge