IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 23 2024

at 11 o'clock and 45 min. A M
Lucy H. Carrillo, Clerk

| | |
|---|---|
| In the Matter of<br><br>JOHN M. SCHUM,<br><br>        Respondent. | CIV. NO. 23-00189 JMS-WRP<br><br>ORDER APPOINTING THREE-JUDGE PANEL |

On September 20, 2023, this Court entered an "Order of Suspension from the Practice of Law," directed to Respondent John M. Schum ("Schum"). Therein, the Court ordered that "Schum: (1) is suspended from the practice of law in this court for one year, with the one-year suspension held in abeyance pending completion of a one-year probationary period effective as of September 13, 2023; and (2) shall serve an actual 60-day suspension from the practice of law in this court, effective October 13, 2023." The Court further ordered that after the 60-day suspension period ended, Schum could not practice law in this Court before providing proof that he had been reinstated to practice law before the Hawaii Supreme Court (where he was also suspended). Schum provided that proof on February 7, 2024, and he was reinstated to practice law before this Court on February 14, 2024. Thus, Schum was without authorization to practice law in this Court from October 13, 2023, through February 14, 2024.[1]

---

[1] As stated by the Hawaii Supreme Court, a suspended attorney is "under greater strictures than a layperson with regards to conduct that may constitute the practice of law." *Off. of*

On July 22, 2024, this Court entered an Order to Show Cause ("OSC") why

Schum should not be disciplined based on allegations that Schum distributed grand

jury material in violation of a Court-approved protective order in *United States v.*

*Kaneshiro, et al.*, Cr. No. 22-00048 TMB-NC.  In his August 5, 2024 response,

Schum admits violating the terms of the protective order, but claims that he failed

to recall the existence of the protective order, his actions were inadvertent and

unintentional, and no harm was caused by his violation of the protective order.

Based on Schum's response to the OSC, the Court issued an August 13,

2024 Further Order to Show Cause ("FOSC").  As pointed out in the FOSC,

Schum's August 5, 2024 response to the OSC suggests that Schum was practicing

law during the term of his suspension.  The FOSC ordered Schum to provide all

timesheets, billing statements, or other documentation reflecting work performed

in federal court for the time period October 13, 2023, through February 14, 2024.

Schum responded on August 19 and 23, 2024, claiming, in part, that he did not

engage in the practice of law during this period, as it relates to any federal court

case pending in this district.

Given the facts known to the Court, and pursuant to Local Rule 83.4, a

three-judge panel is appointed to consider whether Schum should be disciplined for

---

*Disciplinary Counsel v. Tagupa*, 2016 WL 1219536, at *1 (Haw. 2016) (unpublished); *see also*
*Off. of Disciplinary Counsel v. Gould*, 119 Haw. 265 (2008).

violating his ethical obligations to the Court, and if so, what sanction should attach. The three-judge panel will determine whether Schum violated this Court's September 20, 2023 Order of Suspension From the Practice of Law; Hawaii Rule of Professional Conduct[2] ("HRPC") 3.4(e) ("A lawyer shall not: knowingly disobey an obligation under the rule of a tribunal except for an open refusal based on an assertion that no valid obligation exists); HRPC 5.5(a) ("A lawyer shall not practice law in a jurisdiction where doing so violates the regulation of the legal profession in that jurisdiction"); Hawaii Revised Statutes §§ 605-14–17 (making the unauthorized practice of law a misdemeanor); HRPC 8.4(b) ("It is professional misconduct for a lawyer to commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects"); and/or HRPC 8.4(c) ("It is professional misconduct for a lawyer to engage in conduct involving dishonesty, fraud, deceit or misrepresentation").

The three-judge panel consists of Chief Judge Derrick Watson, Judge Micah Smith, and Judge Shanlyn Park.  Chief Judge Watson shall serve as panel chair.

\\

\\

---

[2]Pursuant to Local Rule 83.3, "[e]very member of the bar of this court . . . shall be governed by and shall observe the standards of professional and ethical conduct required of members of the State Bar of Hawaii."  Thus, Schum is bound by the Hawaii Rules of Professional Conduct in this Court.

3

The date of any hearing and any possible additional briefing shall be determined by the panel.

DATED:  October 23, 2024 at Honolulu, Hawaii.

_____
DERRICK K. WATSON
CHIEF UNITED STATES DISTRICT JUDGE

*In the Matter of John M. Schum*, Civ. No. 23-00189 JMS-WRP, Order Appointing Three-Judge Panel